UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ARANO,<br><br>        Petitioner,<br><br>    v.<br><br>JEFFREY BEARD,<br><br>        Respondent. | Case No.  1:14-cv-01191-SAB (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO NAME A PROPER RESPONDENT (Doc. 8)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

On August 27, 2014, after conducting a preliminary review of the petition, the Court granted Petitioner leave to amend the petition to name a proper respondent.  On September 15, 2014, Petitioner filed a motion to amend the petition to name Jeffrey Beard, who is the Secretary of the California Department of Corrections and Rehabilitation, as Respondent.

A petitioner seeking habeas relief must name the state officer having custody of him as the respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir.1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner. Brittingham v. United States, 982. F.2d 378, 279 (9th Cir.1992).  However, the chief officer in charge of state penal institutions is also appropriate. Ortiz, 81 F.3d at 894; Stanley, 21 F.3d at 360.  Petitioner seeks

to amend his petition to name the Secretary of the California Department of Corrections and Rehabilitation, Jeffrey Beard, as the Respondent. Therefore, Petitioner's request is proper.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion to amend the petition to name a proper respondent is GRANTED; and

2) The Clerk of Court is DIRECTED to change the name of Respondent to Jeffrey Beard.

IT IS SO ORDERED.

Dated:   **September 25, 2014**

UNITED STATES MAGISTRATE JUDGE

2